UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Keith Vinson, individually and as Personal Representative of the Estate of Doris Marie Minyard,<br><br>Plaintiff,<br><br>vs.<br><br>SavaSeniorCare, LLC; SSC Equity Holdings, LLC; SSC Seneca Operating Company, LLC d/b/a Seneca Health and Rehabilitation Center; SavaSeniorCare Administrative Services, LLC; and SavaSeniorCare Consulting, LLC,<br><br>Defendants. | 8:19-cv-01775-DCC<br><br>**Consent Order to Consolidate** |

The Plaintiff, Keith Vinson, individually and as Personal Representative of the Estate of Doris Marie Minyard, together with the Defendants, SavaSeniorCare, LLC; SSC Equity Holdings, LLC; SSC Seneca Operating Company, LLC d/b/a Seneca Health and Rehabilitation Center; SavaSeniorCare Administrative Services, LLC; and SavaSeniorCare Consulting, LLC, jointly move this Court for an Order consolidating the Survival Action and Wrongful Death Action. The parties stipulated and agreed that by consolidating these matters, the Plaintiff does not waive any right to pursue separate actions under the Survival Statute or the Wrongful Death Statute but requested that the matters be consolidated for the convenience of the Court and in the interest of efficiency.

WHEREFORE, for good cause being shown and upon the consent of all parties, it is hereby ordered that the above-referenced cases be consolidated under Civil Action Number 8:19-cv-01775-DCC. The most current Amended Scheduling Order will apply to the consolidated action.

AND IT IS SO ORDERED.

                                                  s/Donald C. Coggins, Jr.
                                                  United States District Judge

August 13, 2019
Spartanburg, South Carolina

WE CONSENT:


| | |
|---|---|
| s/ Anthony Harbin | August 7, 2019 |
| Anthony L Harbin, Esq. | Anderson, South Carolina |
| Harbin & Burnett, LLP | |
| P.O. Box 35 | |
| Anderson, SC  29622-0035 | |
| (864) 964-0333 | |
| *Attorney for Plaintiff* | |

WE CONSENT:

| | |
|---|---|
| s/ Hunter Carroll | August 9, 2019 |
| Hunter C. Carroll, Esq. | Birmingham, Alabama |
| Hagwood and Tipton | |
| 600 Vestavia Parkway, Suite 125 | |
| Birmingham, AL 35216 | |
| (205) 380-2208 | |
| *Attorney for Defendants* | |